UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANTOINE RAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL COMMUNICATIONS )<br>COMMISSION, *et al.*, )<br>)<br>Defendants. ) | Case No. 1:11-cv-354<br><br>COLLIER / LEE |

# JUDGMENT ORDER

On November 30, 2011, Plaintiff Antoine Ray ("Plaintiff") filed a complaint against Defendants Federal Communications Commission, the Central Intelligence Agency, and the 2002 Congress (Court File No. 2) as well as a motion to proceed *in forma pauperis* ("IFP") (Court File No. 1). On November December 1, 2011 Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R")concluding Plaintiff had failed to state a colorable, justiciable claim, and therefore not reaching the merits of Plaintiff's IFP application. Accordingly, the Magistrate Judge recommended the Court dismiss Plaintiff's case under 28 U.S.C. § 1915(e)(2)(B). Because neither party raised an objection to the R&R during the fourteen day period provided under Rule 72 of the Federal Rules of Civil Procedure,[1] the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report

---

[1] Plaintiff sent two virtually incomprehensible letters to the Court on December 12 and December 14 (Court File Nos. 4, 5). In one of these letters, Plaintiff appears to claim, among other things, 1) he is being forced to commit "treasonest" acts through mind control; 2) on December 7, 2011, he used the same device being used to control his mind to broker a peace with a Afghan elder; and 3) "a foreign intity [sic] is manipulating those people who were protesting outside your job" (Court File No. 4). The other letter, in barely legible pencil, appears to cite Constitutional text and various federal court cases, but offers no explanation for these citations. The Court does not construe either of these letters as an objection to the R&R.

and recommendation (Court File No. 4) pursuant to 28 U.S.C. § 636(b)(1), **DENIES** Plaintiff's IFP motion (Court File No. 1), and **DIRECTS** the Clerk of Court to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Patricia L. McNutt
  CLERK OF COURT